UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-1383 JGB (SHKx)** | Date | November 10, 2022 |
| Title | *Rena Munoz v. Walmart, Inc. et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order to Show Cause for Failure to Timely File Joint Rule 26(f) Report (IN CHAMBERS)**

On September 26, 2022, the Court entered an order setting a scheduling conference for November 21, 2022, and ordering the parties to file a Joint Rule 26(f) Report no later than 14 days before that date. (Dkt. No. 13.) The parties have yet to file a Joint Report. Accordingly, the Court ORDERS the parties to file a Joint Report no later than Tuesday, November 15, 2022. Failure to file a Joint Report by that date may result in the imposition of sanctions.

**IT IS SO ORDERED.**